# CASE ANNOUNCEMENTS

*May 10, 2011*

[Cite as *05/10/2011 Case Announcements #2*, 2011-Ohio-2229.]

## MOTION AND PROCEDURAL RULINGS

**1986–1976.   State v. Bedford.**
Hamilton App. No. C–840850. This cause came on for further consideration upon the filing of appellant's motion for stay of execution scheduled for May 17, 2011, which was filed on May 6, 2011.

Upon consideration thereof, it is ordered by the court that the motion is denied.

O'CONNOR, C.J., and PFEIFER and McGEE BROWN, JJ., dissent.